**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY WELCH, et al., | CASE NO. CV-F-07-0681 AWI SMS |
| Plaintiff, | **New Case No. CV-F-07-0681 LJO SMS** |
| v. | **ORDER REASSIGNING DISTRICT JUDGE** |
| DICKEY PETROLEUM, INC., et al., | |
| Defendants. | |
| _____/ | |

Based upon the Court's review of the pleadings, and discussion between District Judges Ishii and O'Neill, the similarity of legal issues and in the interest of judicial economy, the Court finds good cause to assign the case to District Judge Lawrence J. O'Neill pursuant to Local Rule 83-123( c). The Court hereby orders that this action is reassigned from District Judge Anthony W. Ishii to District Judge Lawrence J. O'Neill. Magistrate Judge Sandra M. Snyder shall remain the Magistrate Judge assigned to the case. All further papers shall bear the new case number **CV-F-07-0681 LJO SMS**.

In addition, the Scheduling Conference set for August 8, 2007 before Magistrate Snyder is RESET to August 28, 2007 at 8:30 a.m. in Department 4 (LJO) of this Court. The parties may appear by arranging a one-line conference call and telephoning the Court at 559-499-5680. The joint scheduling conference report is due one week before the Scheduling Conference.

IT IS SO ORDERED.

**Dated:    May 9, 2007**                         **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1