1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiffs,
   LARRY WELCH, et al.
6

7  Michele Z. Stevenson, Esquire
   Littler Mendelson
8  2520 Venture Oaks Way, Suite 90
   Sacramento, California 95833-4227
9  Telephone: (916) 561-5300
   Facsimile: (916) 561-0828
10
   ATTORNEYS FOR DEFENDANTS,
11 DANIEL A. DICKEY and DICKEY PETROLEUM, INC.

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                           (Fresno Division)

16 | LARRY WELCH, et al.,         ) CASE NO. CV-F-07-0681 LJO SMS
                                  )
17 |              Plaintiffs,     ) JOINT STIPULATION OF
                                  ) DISMISSAL;
18 | vs.                          ) ORDER
                                  )
19 | DICKEY PETROLEUM, INC.,      )
     et al.,                      )
20 |                              )
                  Defendants.     )
21 | _____)

22

23      Pursuant to FRCP Rule 42, plaintiffs LARRY WELCH, DAVID

24 EPSTEIN and ROBERT MARTIN and defendants DICKEY PETROLEUM, INC. and

25 DANIEL A. DICKEY, through their respective counsel, stipulate that

26 the plaintiffs have settled their individual claims and that the

27 ///

28 ///

Court should dismiss this entire action with prejudice.

DATE: October 9, 2007                LAW OFFICE OF JERRY BUDIN


                                     /s/ Jerry Budin
                                     JERRY BUDIN
                                     Attorney for Plaintiffs,
                                     LARRY WELCH, et al.,

DATE: October 18, 2007               LITTLER MENDELSON


                                     /s/ Michele Z. Stevenson
                                     MICHELE Z. STEVENSON
                                     Attorneys for Defendants,
                                     DANIEL A. DICKEY and
                                     DICKEY PETROLEUM, INC.


**ORDER**

Pursuant to the parties stipulation, this matter is dismissed with prejudice and the case is closed.

IT IS SO ORDERED.

**Dated:   October 22, 2007**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE